MAY 08 2001 #240267

# UNITED STATES DISTRICT COURT

**District of Minnesota**
**Clerk's Office, 708 Federal Building,**
**316 North Robert St., St. Paul, MN 55101, Phone:(651)848-1100**

## PETITION FOR ADMISSION PRO HAC VICE

**Case Number:** 01-773 ADM/AJB **Case Title:** Automated Production v. Factory Systems, et al.

**Affidavit of Movant**

I, Eric D. Cook, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Sarah A. Waranch, an attorney admitted to practice in the ____________ District of Maryland, but not admitted to the bar of this court, who will be counsel for the (X)plaintiff ( )defendant Automated Production in the case(s) listed below. I am aware that the local rules of this court require that I participate in the presentation of the case(s) listed below, and that I accept service of all papers served.

| Signature | MN Attorney License # | Date |
|---|---|---|
| [signature] | 218807 | 5-11-01 |

**Affidavit of Proposed Admittee**

I, Sara A. Waranch, am currently a member in good standing of the U.S. District Court for the ____________ District of Maryland, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served.

| Type/Print Name | Signature | Date |
|---|---|---|
| Sara A. Waranch | Sara A Waranch | May 10, 2001 |

Attorney License Number: 26082

Law Firm Name & Address: Kollman & Sheehan
20 S. Charles Street, 8th Floor
Baltimore, Maryland 21201

Telephone: ( ) 410-727-4300

Motion Granted: Francis E. Dosal
For the Court: Francis E. Dosal, Clerk

MAY 16 2001
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

FILED MAY 16 2001
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________