UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Automated Production Systems Corporation,

Plaintiff,

v.

Factory Systems Engineering, Inc. and Darin L. Varner,

Defendants.

File No. 01-773 ADM/AJB

**STIPULATION & ORDER TO FILE AFFIDAVIT OF DAYLE NOLAN UNDER SEAL**

IT IS HEREBY STIPULATED AND AGREED between the parties that the Affidavit of Dayle Nolan dated July 19, 2001, which was filed in support of defense counsel's Motion for Leave to Withdraw as Counsel for Defendant Varner, shall be placed under seal. The court shall review Ms. Nolan's Affidavit *in camera*.

Dated: July 24 2001.

Sara A. Waranch

Francis R. Laws
Sara A. Waranch
Kollman & Sheehan
20 South Charles Street
Baltimore, MD 21201

Attorneys for Plaintiff

Dated: July 24, 2001.

Daniel J. Ballintine

Dayle Nolan (121290)
Daniel J. Ballintine (256584)
LARKIN, HOFFMAN, DALY & LINDGREN, Ltd.
1500 Wells Fargo Plaza
7900 Xerxes Avenue South
Bloomington, Minnesota 55431-1194
(952) 835-3800

Attorneys for Defendants

JUL 30 2001
FILED
RICHARD D. SLETTEN
JUDGMENT ENTD
DEPUTY CLERK

**ORDER**

The Court Administrator is hereby directed to place the Affidavit of Dayle Nolan dated July 19, 2001, under seal for *in camera* review by the court.

BY THE COURT:

Magistrate Judge Arthur J. Boylan
United States Magistrate Judge

::ODMA\PCDOCS\LIB1\692365\1

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001 the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500