**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

---

AUTOMATED PRODUCTION SYSTEMS, CORPORATION,

Plaintiff,

v.

FACTORY SYSTEMS ENGINEERING, INC. and DARIN L. VARNER,

Defendants.

Civil No. 01-773 ADM/AJB

**ORDER**

---

The above matter came before the Court on defense counsel's motion to withdraw as counsel for Defendant Darin L. Varner. In an Order dated August 6, 2001, the Court granted said motion. However, the granting of said motion raised some concerns with respect to the Minnesota Rules of Professional Conduct. By separate order, under seal, the Court ordered LARKIN, HOFFMAN, DALY & LINDGREN, LTD. ("LARKIN firm") to show cause why it should not be disqualified as attorneys of record for Defendant Factory Systems Engineering, Inc ("Factory Systems"). The Court received, under seal, the response of the LARKIN firm. Having reviewed said response, the Court is satisfied that the LARKIN firm's continued representation of Factory Systems is appropriate and ethical. Therefore, IT IS HEREBY ORDERED THAT:

1. LARKIN, HOFFMAN, DALY & LINDGREN, LTD. may continue representing Defendant Factory Systems in the above matter.

Dated: 8/23/01

Arthur J. Boylan
United States Magistrate Judge

FILED AUG 23 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

**Please forward this announcement to the recipient of this fax.**

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500