UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Automated Production Systems Corporation,

Plaintiff,

v.

Factory Systems Engineering, Inc. and Darin L. Varner,

Defendants.

---

File No. 01-773 ADM/AJB

**ORDER FOR DISMISSAL**

Upon the foregoing Stipulation, IT IS HEREBY ORDERED:

That a judgment of dismissal with prejudice and on the merits without cost to any party be entered in the above-entitled action.

DATED: December 12, 2001

BY THE COURT:

District Court Judge
**Ann D. Montgomery**

725107.1

FILED ________
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD. ________
DEPUTY CLERK ________

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Automated Production Systems Corporation,

Plaintiff,

v.

Factory Systems Engineering, Inc. and Darin L. Varner,

Defendants.

---

File No. 01-773 ADM/AJB

**STIPULATION OF DISMISSAL**

By their respective attorneys, the parties stipulate that any and all claims of Plaintiff/Counter-Defendant Automated Production Systems Corporation, and any and all claims of Defendant/Counter-Plaintiff Factory Systems Engineering, Inc., are dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

**Francis R. Laws, Esq.**
**Sara Waranch, Esq.**
**Thomas & Libowitz, P.A.**
**100 Light Street, Suite 1100**
**Baltimore, Maryland 21202**
**(410) 752-268**

**Attorneys for APS**

**Dayle Nolan (Ms.), Esquire**
**Larkin, Hoffman, Daly & Lindgren, Ltd.**
**1500 Wells Fargo Plaza**
**7900 Xerxes Avenue South**
**Bloomington, Minnesota 55431**
**(952) 835-3800**

**Attorneys for FSE and Russ Foster**

xxxxxxxxxxxxxxxxxx

**Leroy S. Maxwell Jr.**
**Maxwell Law Offices**
**92 West Main Street**
**Waynesboro, PA 17268**
**(717) 762-2118**

**Attorneys for Darin Varner**

Pro Se Defendant

F:\COMMON\CLIENTS\OPEN\101013\002\STIPULATION OF DISMISSAL.DOC

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.
DEPUTY CLERK